| 1. Person Reporting (last name, first, middle initial)<br><br>Sessions III, William K. | 2. Court or Organization<br><br>United States District Court for the District of Vermont | 3. Date of Report<br><br>10/20/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge, Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☐ Final<br><br>**5b.** ☒ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 928<br>Burlington, VT 05402-0928 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/18-12/31/18 | Self employed writing teacher; paid directly by students. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sessions III, William K. | 10/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life Insurance | Loan on insurance policy | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sessions III, William K. | 10/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VT State Teachers Retirement Plan | | None | J | W | | | | | |
| 2. Northwestern Mutual Life Insurance Policy | | None | K | T | Whole life | | | | |
| 3. T Rowe Price Balanced Fund | A | Dividend | K | T | Sold | 7/18/18 | K | A | |
| 4. VT Higher Education Investment Plan Non Self Directed Diversified Equity Portfolio | | None | L | T | | | | | |
| 5. Guggenheim S&P Global Water IBX ETF | A | Dividend | J | T | | | | | |
| 6. Calvert International Opportunity Fund | B | Dividend | K | T | Sold (part) | 7/18/18 | J | B | |
| 7. Eaton Vance Floating Rate | A | Dividend | | | Sold | 7/18/18 | J | A | |
| 8. Fidelity Advance Real Estate Income FD CL 1 | A | Dividend | | | Sold | 7/18/18 | J | A | |
| 9. Praxis Value Index FD CL1 | B | Dividend | K | T | | | | | |
| 10. Calvert International Opp. Fund | B | Dividend | | | Sold | 8/14/18 | J | B | |
| 11. PAX Small Cap Inst | A | Dividend | | | Sold | 7/18/18 | K | B | |
| 12. Templeton Global Bond Fund Adv CL | A | Dividend | | | Sold | 7/18/18 | J | A | |
| 13. Eaton Vance Floating Rate FD CL 1 | A | Dividend | K | T | Sold (part) | 10/23/17 | J | A | |
| 14. Vanguard FTSE Social Index Fund INV | A | Dividend | K | T | | | | | |
| 15. Northern Global Sustainability Index | A | Dividend | J | T | | | | | |
| 16. DFA Emerging Markets Social Core Port | A | Dividend | | | Sold | 7/18/18 | J | A | |
| 17. Invesco S&P Global Water ETF Invesco S&P Global Water ETF | | None | | | Sold Part Sold | 7/18/18 8/14/18 | J J | B B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sessions III, William K. | 10/20/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William K. Sessions III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544